## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re  Case No. **19-52431**

**Thomas M Williams**

_____ Debtor(s).        /

### CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __1__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **December 2, 2019**

/s/ Ralph P. Guenther
Signature of Debtor's Attorney or Pro Per Debtor

American Express
PO Box 981535
El Paso, TX 79998


Chase Card
P O Box 15298
Wilmington, DE 19850


Marquee Funding Group, Inc.
24025 Park Sorrento Suite 150
Calabasas, CA 91302


Monterey County Tax Collector
POB 891
Salinas, CA 93902


Platinum Loan Servicing
24025 Park Sorrento #150
Calabasas, CA 91302


Rushmore Loan Management Services, LLC
P.O. Box 55004
Irvine, CA 92619


S.B.S Trust Deed Network
31194 La Baya Drive, Suite 106
Westlake Village, CA 91362