Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Thomas M Williams<br>aka  Tom Williams<br>Debtor(s) | Case No.: 19–52431 MEH 11<br>Chapter:  11 |
|---|---|---|

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order to File Required Documents and Notice of Automatic Dismissal , filed on 12/3/2019 . Therefore, it is ordered that this case be **dismissed**.

Dated: <u>12/24/19</u>

By the Court:

M. Elaine Hammond
United States Bankruptcy Judge